UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 14 P 4: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION )
AGENCY, et al., )
)
    Plaintiffs, )
) CIVIL ACTION
v. ) NO. 04-10549-EFH
)
VOUDRAN BROTHERS CONSTRUCTION COMPANY, )
)
    Defendant. )
)

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the court send a Notice of Default to the defendant, Voudron Brothers Construction Co., 2 Knightville Dam Road, Huntington MA 01050 in the above-captioned action. Defendant Voudron Brothers Construction Co. was served with the complaint on March 27, 2004. A copy of proof of service is attached.

As of this date, defendant has not filed an answer or other responsive pleading to the complaint.

Dated: June 4, 2004

                                  Respectfully submitted,

                                  Christopher N. Souris
                                BBO #556343
                                KRAKOW & SOURIS, LLC
                                225 Friend Street
                                Boston, MA 02114
                                (617) 723-8440

                                _____
                                Attorney for plaintiff Massachusetts
                                Carpenters Central Collection Agency

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF **MASSACHUSETTS**

MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al

**SUMMONS IN A CIVIL ACTION**

V.

VOUDRAN BROTHERS CONSTRUCTION CO.

CASE NUMBER:

**04 10549 EFH**

TO: (Name and Address of Defendant)

Voudran Brothers Construction Co.
2 Knightville Dam Road
Huntington, MA 01050

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Christopher N. Souris
Krakow & Souris
225 Friend Street
Boston, MA 02114

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

BY DEPUTY CLERK

DATE  MAR 18 2004

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Office of the Sheriff** • P.O. Box 684 • Northampton, MA 01061 • 585-0618

*Hampshire, ss.*

March 29, 2004

I hereby certify and return that on 3/27/2004 at 10:25 am I served a true and attested copy of the SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to DONALD VOUDREN, PRESIDENT FOR VOUDRAN BROTHERS CONSTRUCTION CO. at 2 KNIGHTVILLE DAM ROAD, HUNTINGTON, MA 01050. In the service hereof, it was necessary and I actually used a motor vehicle 40 miles. Basic Service in hand ($30.00), Conveyance ($4.50), Travel ($7.04), Copies ($2.00), Attest ($5.00) Total Charges $48.54

*George O. Symbersky*
**Deputy Sheriff**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            *Date*              *Signature of Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.