UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION ) NO. 04-10549-EFH ) |
| VOUDREN BROTHERS CONSTRUCTION COMPANY, INC. | ) ) ) |
| Defendant. | ) ) |

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, Massachusetts Carpenters Central Collection Agency, et al., upon the accompanying Affidavit of Harry Dow, respectfully moves pursuant to F.R.C.P. 55(b)(1), for entry of judgment by the Clerk ordering the defendant, Voudren Brothers Construction Company, Inc., to pay to the plaintiffs the sum of $114,913.82 in damages and taxable costs.

Dated: August 12, 2004

Respectfully submitted,

Christopher N. Souris
BBO #556343
KRAKOW & SOURIS, LLC
225 Friend Street
Boston, MA 02114
(617) 723-8440

Attorney for plaintiffs Massachusetts Carpenters
Central Collection Agency, et al.

## CERTIFICATE OF SERVICE

I, Christopher N. Souris, hereby certify that I caused a copy of the foregoing to be mailed this date to Voudren Brothers Construction Company, Inc.

Christopher N. Souris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION |
| v. | ) NO. 04-10549-EFH ) |
| VOUDREN BROTHERS CONSTRUCTION COMPANY, INC. | ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

HARRINGTON, D.J.

Defendant Voudren Brothers Construction Company, Inc. having failed to plead

or otherwise defend in this action and default having been entered on June 22, 2004;

Now, upon application of plaintiffs and a declaration demonstrating that

defendant owes plaintiff the sum of $114,759.94, that defendant is not an infant or incompetent

person or in the military service of the United States, and that plaintiffs have incurred costs in the

sum of $198.54, it is hereby

**ORDERED, ADJUDGED AND DECREED:**

1. That plaintiffs recover from defendant Voudren Brothers Construction

Company the sum of $114,913.82 with interest as provided by law.

By the Court,

_____

Deputy Clerk

Dated:_____

NOTE: The post judgment interest rate effective this date is __%.