UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MASSACHUSETTS CARPENTERS CENTRAL COLLECTION AGENCY, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION ) NO. 04-10549-EFH |
| VOUDREN BROTHERS CONSTRUCTION COMPANY, INC. | ) ) ) |
| Defendant. | ) ) ) |

## JUDGMENT

HARRINGTON, D.J.

Defendant Voudren Brothers Construction Company, Inc. having failed to plead or otherwise defend in this action and default having been entered on June 22, 2004;

Now, upon application of plaintiffs and a declaration demonstrating that defendant owes plaintiff the sum of $114,759.94, that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiffs have incurred costs in the sum of $198.54, it is hereby

### ORDERED, ADJUDGED AND DECREED:

1. That plaintiffs recover from defendant Voudren Brothers Construction Company the sum of $114,913.82 with interest as provided by law.

By the Court,

_Sandra E. Holahan_
Deputy Clerk

Dated: _9/13/04_

NOTE: The post judgment interest rate effective this date is 2.03%.